IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



WATERFORD INVESTOR
SERVICES, INC.,

    Plaintiff,

v.                                Civil Action No. 3:10cv548

LOUIS BOSCO,
et al.,

    Defendants.

### ORDER

By Order entered herein on May 16, 2011 (Docket No. 24), PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Docket No. 16) and DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Docket No. 18) were referred to Magistrate Judge Dennis W. Dohnal for report and recommendation.

Having reviewed the REPORT AND RECOMMENDATION (Docket No. 25) entered herein on July 29, 2011, DEFENDANTS' LIMITED OBJECTIONS TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (Docket No. 26), PLAINTIFF'S OBJECTIONS AND RESPONSE TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Docket No. 27) and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that:

    (1) The defendants' limited objections are overruled;

    (2) The plaintiff's objections are overruled;

    (3) The REPORT AND RECOMMENDATION (Docket No. 25) is ADOPTED on the basis of the reasoning of the REPORT AND RECOMMENDATION;

(4) PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Docket No. 16) is denied;

(5) DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Docket No. 18) is granted; and

(6) This action is dismissed with prejudice.

The issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August 25, 2011